## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

_____
)
United States of America,        )   Report No.: 00052-2020-CID055-
    Plaintiff,             )   008667
)   Criminal No.:
   *vs.*                         )   Date:
)   **Information**
Marcus L. Baker,                 )   Violation:  Title 21 U.S.C. § 844
    Defendant.            )
_____)

The United States Attorney charges that:

COUNT I

On or about May 23, 2020, at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

MARCUS L. BAKER,

did, possess a controlled substance, to wit:  marijuana, in violation of Title 21, U.S.C. §844.  (Class A Misdemeanor.)

Attached to this information is the CID Report as probable cause

STEPHEN R. MCALLISTER
United States Attorney

_____
SABRINA A. ROCCO
Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge